20519—George E. Grant v. Ervin L. Kinney et al., Seneca. Judgment affirmed. Dock. 5 Abs. 314.

20589—State ex rel. John H. Simpkins v. Industrial Commission et. In mandamus. Dismissed upon application of relator at his costs. Dock. 5 Abs. 389.

### MOTION DOCKET

20827—State of Ohio v. Seranus A. Lengel. Motion by plaintiff for stay of proceedings. Denied. Dock. 5 Abs. 781.

## SYLLABI

### No. 857

### GRANT v. KINNEY

### Ohio Supreme Court

### No. 20589. Decided Nov. 30. 1927.

787. MORTGAGES.—Where purchaser of mortgaged premises then under forclosure agrees verbally with a second mortgagee, that if the latter will make certain payments, agreement held to be original, and within statute of frauds.

JONES, J.

A holder of a second mortgage instituted proceedings for its foreclosure. Thereafter and while the foreclosure was pending. Grant, a purchaser acquiring the mortgaged premises, verbally agreed with the second mortgagee,

that, if the latter would dismiss pending suit, pay the cost thereof and credit the second moitgag e notes with interest then accrued thereon, he, Grant, would pay the mortgagee the principal of an overdue mortgage note amounting to $500.00, and would assume the balance of the mortgage indebtedness with interest from the date of the mortgage indebtedness: Held; that such verbal promise made to the mortgagee was an original and not a collateral promise; it was made upon a sufficient consideration subserving a pecuniary purpose involving a benefit to the promisor and was within the statute of frauds.

Judgment affirmed.

(Marshall, CJ., Day, Allen, Kinkade and Matthias, JJ., concur.)